IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW3:09CR67-2 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| HARRIET JINWRIGHT, | ) | |
| AKA/HARRIET PORTER. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and PRUDENTIAL.:

A judgment was entered on December 9, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Harriet Jinwright, aka/Harriet Porter, whose last known address is XXXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,285,056.00. The balance on the account as of February 24, 2011, is $1,285,056.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Prudential is commanded to **turn over property** in which the defendant, Harriet Jinwright, aka/Harriet Porter, has a substantial nonexempt interest, the said property being funds located in Prudential accounts including, but not limited to, account number XXXXXXX7767, in the name of Harriet Porter-Jinwright, aka/Harriet Jinwright, at the following address: Prudential, 30 Scranton Office Park, Scranton, PA 18507-1789, Attn: Processing Department.

Signed: February 25, 2011

_____
Frank D. Whitney
United States District Judge