IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| HARRIET JINWRIGHT, ) | |
| AKA/HARRIET PORTER. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and BANK OF AMERICA.:

A judgment was entered on December 9, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Harriet Jinwright, aka/Harriet Porter, whose last known address is XXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,285,056.00. The balance on the account as of February 24, 2011, is $1,285,056.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America is commanded to **turn over property** in which the defendant, Harriet Jinwright, aka/Harriet Porter, has a substantial nonexempt interest, the said property being funds located in Bank of America accounts including, but not limited to, account number XXXXX0939, in the name of Harriet P Jinwright, aka/Harriet Jinwright, at the following address: Bank of America, 1425 NW 62nd Street, Fort Lauderdale, FL 33309, Attention: Legal Department.

Signed: February 25, 2011

_____
Frank D. Whitney
United States District Judge