# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR67-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| HARRIET JINWRIGHT. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and UNCLAIMED PROPERTY/ESCHEATS DIVISION OF NC TREASURER:

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Harriet Jinwright, aka/Harriet Porter, whose last known address is XXXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,285,056.00. The balance on the account as of September 29, 2011, is $1,209,739.34.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and the Unclaimed Property/Escheats Division of the North Carolina Department of State Treasurer is commanded to **turn over property** in which the defendant, Harriet Jinwright, aka/Harriet Porter, has a substantial nonexempt interest, the said property being funds held by the Unclaimed Property/Escheats Division of the North Carolina Department of State Treasurer, property including, but not limited to, property ID XXX0760 and property ID XXX0761, in the name of Harriet Jinwright, aka/Harriet Porter, at the following address: Unclaimed Property/Escheats Division, PO Box 20431, Raleigh, NC 27619.

Signed: October 3, 2011

_____
David C. Keesler
United States Magistrate Judge