IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW3:09CR67-2 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| HARRIET JINWRIGHT. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and AMERIPRISE FINANCIAL SERVICES, INC.:

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Harriet Jinwright, aka/Harriet Porter, whose last known address is XXXXXXXXXXX, Cornelius, NC 28031, in the sum of $1,285,056.00. The balance on the account as of September 29, 2011, is $1,209,739.34.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Ameriprise Financial Services, Inc. is commanded to **turn over property** in which the defendant, Harriet Jinwright, aka/Harriet Porter, has a substantial nonexempt interest, the said property being funds in accounts held by the Ameriprise Financial Services, Inc., property including, but not limited to, checking accounts, savings accounts, Certificate of Deposits (CDs) and Individual Retirement Accounts (IRAs), in the name of Harriet Jinwright, aka/Harriet Porter, at the following address: Ameriprise Financial Services, Inc., 2695 Ameriprise Financial Center, Minneapolis, MN 55474.

Signed: October 3, 2011

David C. Keesler
United States Magistrate Judge